Margaret M. Sherman v. William Peterson, High-
way Commissioner, and Louis G. Fischer, Clerk,
of the Township of Springwells.

*Highways—Proceedings to establish—Notice.*

Proceedings to lay out a highway are void as against one not.
made a party thereto, nor served with notice, which was not.
waived by an appearance at the hearing,

*Certiorari* to review proceedings for laying out a high-
way.  Argued April 20, 1892.  Proceedings quashed May
6, 1892.  The facts are stated in the opinion.

*Sloman, Moore & Duffie,* for plaintiff in *certiorari.*

Grant, J.  This is a *certiorari* to review the proceed-
ings of the respondent commissioner in laying out and
opening a highway over the petitioner's lands.  Several
objections are raised to the regularity of the proceedings.
Petitioner was not made a party to the proceedings, was
not served with notice, and did not appear at the hear-
ing, and waive her right to notice.  For this reason the
proceedings are void.

It is unnecessary to consider the other objections.

Proceedings must be quashed, with costs to the peti-
tioner.

LONG and MONTGOMERY, JJ., concurred. MORSE, C.
J., did not sit. McGRATH, J., took no part in the
decision.